IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| OLIVIA SIMONS,<br><br>        Plaintiff,<br><br>     v.<br><br>THE CITY OF TYBEE ISLAND, GEORGIA,<br><br>        Defendant. | CIVIL ACTION NO.: 4:22-cv-0277 |

**O R D E R**

Before the Court is a Stipulation of Voluntary Dismissal signed and filed by counsel for Plaintiff and counsel for Defendant on December 12, 2022, wherein the parties indicate they stipulate to the dismissal, without prejudice, of this action, with each party to bear its own costs and expenses.  (Doc. 8.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 14th day of December, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA